## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me(¹) | DATE March 7, 2013 |
|---|---|
| NAME OF SERVER (PRINT) Jan M. Carroll | TITLE Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Defendant Accord Healthcare, Inc. USA was served on March 7, 2013 via certified mail, return receipt requested, as evidenced by the attached green card.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 11, 2013

*/s/ Jan M. Carroll*
Signature of Server
Jan M. Carroll
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204
317/236-1313

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

INDS02 JMC 1259871v1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### Indianapolis Division

ELI LILLY AND COMPANY

       Plaintiff

v.

ACCORD HEALTHCARE, INC. USA

       Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

1:13-cv-0335 WTL-DKL

TO:   Highest Officer Found
       Accord Healthcare, Inc. USA
       1009 Slater Road, Suite 210B
       Durham, NC 27703

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEYS:

Jan M. Carroll
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204
Telephone: 317-236-1313

Certified Article Number
7196 9008 9111 3159 5566
SENDERS RECORD

an answer to the complaint which is herewith served upon you, within __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204, within a reasonable period of time after service.

FEB 2 8 2013

CLERK

DATE

By _____
(BY) DEPUTY CLERK

English    Customer Service    USPS Mobile                                   Register / Sign In



Search USPS.com or Track Packages

Quick Tools          Ship a Package     Send Mail     Manage Your Mail     Shop     Business Solutions

# Track & Confirm

[ GET EMAIL UPDATES ]   [ PRINT DETAILS ]

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 71969008911131595566 | | Delivered | March 07, 2013, 3:23 pm | DURHAM, NC 27703 | Certified Mail ™ Return Receipt Electronic |
| | | Depart USPS Sort Facility | March 07, 2013 | RALEIGH, NC 27676 | |
| | | Processed through USPS Sort Facility | March 07, 2013, 3:38 am | RALEIGH, NC 27676 | |

## Check on Another Item

What's your label (or receipt) number?

[ Find ]

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

Copyright© 2013 USPS. All Rights Reserved.

---

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
|  7196 9008 9111 3159 5566 | A. Received by (Please Print Clearly)   B. Date of Delivery |
| | C. Signature  X ☐ Agent  ☐ Addressee |
| 3. Service Type  **CERTIFIED MAIL™** | D. Is delivery address different from item 1?  ☐ Yes  If YES, enter delivery address below:  ☐ No |
| 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes | |
| 1. Article Addressed to:  Highest Officer Found  Accord Healthcare, Inc. USA  1009 Slater Road, Suite 210B  Durham, NC  27703 | Reference Information  Lilly/Accord  Jan Carroll |

PS Form 3811, January 2005       Domestic Return Receipt